UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1572

XIAN AN CAO,

Petitioner,

versus

ALBERTO R. GONZALES,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A72-353-289)

Submitted: November 16, 2005          Decided: December 9, 2005

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Dehai Zhang, New York, New York, for Petitioner. Anna Mills Wagoner, United States Attorney, Harry L. Hobgood, Assistant United States Attorney, Greensboro, North Carolina, for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Xian An Cao, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture. Cao challenges the finding that he failed to meet his burden of proof to qualify for asylum based on his claim of religious persecution.

To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Cao fails to show that the evidence compels a contrary result. In addition, we find that we are without jurisdiction to consider Cao's claim based on China's coercive family planning policies because Cao has failed to exhaust administrative remedies with respect to that claim. See 8 U.S.C. § 1252(d)(1) (2000).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -